112 So.2d 619

## FOOD TOWN, INC.

v.

### Sidney J. McCRORY, Commissioner of Agriculture and Immigration of the State of Louisiana.

No. 44551.

June 1, 1959.

White & May, Baton Rouge, for plaintiff-appellant.

Frank H. Peterman, Alexandria, for intervenors.

Jack P. F. Gremillion, Atty. Gen., George M. Ponder, Asst. Atty. Gen., N. Cleburn Dalton, Baton Rouge, for defendant-appellee.

FOURNET, Chief Justice.

The issues presented for our determination and the relief sought in this case are identical with those in Schwegmann Brothers Giant Super Markets v. McCrory, Commissioner of Agriculture & Immigration of State of Louisiana, 237 La. 768, 112 So.2d 606, the cases having been consolidated for trial in the Court below and for argument on appeal here; the decision in the Schwegmann case is, therefore, controlling here.

For the reasons assigned in Schwegmann Brothers Giant Super Markets v. McCrory,

Commissioner of Agriculture & Immigration of State of Louisiana, 237 La. 768, 112 So.2d 606, the judgment appealed from is affirmed.

SIMON, J., recused.